IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JEROME E. WATSON, JR.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 12-294-GPM |
| | ) | |
| **S. A. GODINEZ, MARC HODGES,** | ) | |
| **CHAPLAIN VAUGHN, SGT. LYNCH,** | ) | |
| **LAWRENCE CORRECTIONAL CENTER** | ) | |
| **ADMINISTRATION and LAWRENCE** | ) | |
| **CORRECTIONAL CENTER,** | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM and ORDER

**MURPHY, District Judge:**

This action came before the Court on Plaintiff's motion to proceed *in forma pauperis*. On April 16, 2012, the Court ordered Plaintiff to pay the $350 filing fee in full within 14 days. See, Doc. 7.

Rather than paying the fee as ordered, plaintiff filed a Motion for Extension of Time, seeking an additional 60 days in which to pay the fee. (Doc. 8). More than 60 days have now elapsed since the filing of that motion, and the filing fee remains unpaid.

Following Plaintiff's failure to comply with the Court's order in the time allotted, or in the extension of time sought by him, **IT IS HEREBY ORDERED AND ADJUDGED** this action is **DISMISSED without prejudice** for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

All of plaintiff's pending motions are **DENIED AS MOOT**.

The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**DATED:** August 16, 2012.

<u>s/ G. Patrick Murphy</u>
G. PATRICK MURPHY
U.S. District Judge